390 A.2d 300

Commonwealth ex rel. Belsak, Appellant, v. Belsak.

Argued March 29, 1978. Chester C. Corse, Jr., with him James J. Riley, for appellant; N. Panko, with him Anthony J. Miernicki, for appellee.

Case remanded for a full hearing and review.

390 A.2d 300

Commonwealth ex rel. Bourquin, Appellant, v. Bourquin.

Argued March 20, 1978. Edward F. Muller, Jr., for appellant; Stephen A. McBride, for appellee.

Order affirmed.